## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**DONALD LEWIS SYKES,**

    **Plaintiff,**

**v.**                                                                    **CASE NO. 5:14-cv-196-RS-EMT**

**DEPARTMENT OF CORRECTIONS,**
**Et al.,**

    **Defendants.**
_____/

## ORDER

Before me is the December 12, 2014, Magistrate Judge's Report and

Recommendation (Doc. 15). To date, no objections have been filed. I have reviewed the

report *de novo*.

    **IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and

    incorporated in this Order.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to

    comply with an order of the court.

3. The clerk is directed to close the file.

**ORDERED** on January 13, 2015.

                               /S/ Richard Smoak
                               **RICHARD SMOAK**
                               **UNITED STATES DISTRICT JUDGE**